# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 175

State of North Dakota,                                    Plaintiff and Appellee

v.

Christopher Lockwood,                              Defendant and Appellant

Nos. 20220019, 20220020 and
20220021

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Daniel J. Borgen, Judge.

AFFIRMED.

Per Curiam.

Joshua A. Amundson, Assistant State's Attorney, Bismarck, ND, for plaintiff and appellee; submitted on brief.

Christopher W. Lockwood, Bismarck, ND, self-represented, defendant and appellant; submitted on brief.

# State v. Lockwood
## Nos. 20220019, 20220020 & 20220021

**Per Curiam.**

[¶1]   Christopher Lockwood appeals from three amended criminal judgments revoking his probation and resentencing him. It is unclear what Lockwood argues on appeal because his brief does not contain the minimum requirements in N.D.R.App.P. 28. Under N.D.R.App.P. 35.1(a)(8), this Court may summarily affirm a judgment if the appellant's brief fails to comply with N.D.R.App.P. 28. We summarily affirm under N.D.R.App.P. 35.1(a)(8).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte